**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-6815**

_____

THOMAS CASEY,

Petitioner - Appellant,

versus

WILLIAM HAINES, Warden, Huttonsville Correc-
tional Center; CECIL H. UNDERWOOD, Governor of
West Virginia; SANDRA ILDERTON, Chairperson of
the West Virginia Parole Board; QUEWANNCOIL C.
STEPHEN, Member; VERNON BARLEY, Member; DOUGH
STUMP, Member; GEORGE SIDEROPLIS, Member,

Respondents - Appellees.

_____

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston.  Joseph Robert Goodwin,
District Judge.  (CA-00-616-2)

_____

Submitted:  July 12, 2001            Decided:  July 20, 2001

_____

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Thomas Casey, Appellant Pro Se.  Darrell V. McGraw, Jr., David Paul
Cleek, OFFICE OF THE ATTORNEY GENERAL OF WEST VIRGINIA, Charleston,
West Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Thomas Casey seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Casey v. Haines, No. CA-00-616-2 (S.D.W. Va. May 3, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED